No. 87–1332. Corporation of the Presiding Bishop of the Church of Jesus Christ of Latter-day Saints v. Hodel, Secretary of the Interior, et al. C. A. D. C. Cir. Certiorari denied. Justice Kennedy took no part in the consideration or decision of this petition.

No. 87–1377. Church of Scientology of California v. Commissioner of Internal Revenue. C. A. 9th Cir. Certiorari denied. Justice Brennan took no part in the consideration or decision of this petition.